**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

TERESA K. PIETY                                                                                    PLAINTIFF

v.                                                          4:15-CV-00792-BRW

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration,                                                        DEFENDANT

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted

by United States Magistrate Judge Joe J. Volpe.  No objections have been filed.  After careful

review, the Court concludes the Proposed Findings and Recommended Disposition should be

and hereby are approved and adopted in their entirety as this Court's findings in all respects.

IT IS SO ORDERED, this 18th day of July, 2016.


/s/ Billy Roy Wilson
 UNITED STATES DISTRICT JUDGE